32 A.3d 676

**Charles SMITH, Appellant**

v.

**Kristen P. REISINGER, Donald Kelchner and John E. Wetzel, Appellees.**

Supreme Court of Pennsylvania.

Nov. 23, 2011.

No. 24 MAP 2011,

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of November, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**